FILED

08/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0311

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0397

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DANIEL BRANDON LALLY,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 18, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 12 2024